# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Barefoot, Edith & Duris, Dave

06-65 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Molly Elkin

Firm Name: Woodley & McGillivary

Post Office Box:

Street Address: 1125 15th Street N.W.

City-State-Zip: Washington, D.C. 20005

Telephone & Facsimile Numbers: (202) 833- 8855 & (202) 452-1090

E-mail address: mae@wmlaborlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Y
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 3 0 6
3 0 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: D O J

See attached Sheet for three digit code.

Amount Claimed: $ To be determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003