IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BAREFOOT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-65C |
| | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 30 days, to and including April 26, 2006, within which to file its responsive pleading to plaintiffs' complaint. The current deadline for defendant's responsive pleading is March 27, 2006. This is defendant's first motion for this purpose. Counsel for defendant has conferred with counsel for plaintiffs, and is authorized to state that plaintiffs do not oppose this motion.

This motion is necessary for the reasons set forth below. Although the complaint in this case was filed on January 25, 2006, undersigned counsel was not assigned to the case until February 7, 2006. Agency counsel was not assigned to this case until approximately March 1, 2006. As a result, counsel for defendant have not had the benefit of the entire 60-day period contemplated by RCFC 12(b)(1) to prepare and file defendant's responsive pleading.

Moreover, the following commitments in other cases have prevented undersigned counsel from having adequate time to review this case and prepare defendant's responsive pleading: (1) depositions in Gregg, et al. v. United States, (No. 04-425), from March 1, 2006 to March 10, 2006; (2) preparation of a responsive pleading in WTAK-2 v. United States, (No. 05-1282), due March 20, 2006; (3) preparation of a cross-motion for summary judgment in Bair v. United

States, (No. 04-1689), due April 3, 2006; (4) preparation for a settlement conference with the Court (including the preparation of position papers) in SPW Engineering v. United States, (No. 04-794), to be held April 24, 2006; (5) preparation of a responsive pleading and reply brief due April 17, 2006 in Dalles Irrigation District v. United States, (No. 05-1042); and (6) settlement proceedings, including a DCAA audit, in Columbia Mfg. v. United States, (No. 02-1221). In addition, pursuant to a previously established schedule, undersigned counsel must be available from March 20, 2006 to March 31, 2006 to appear upon behalf of the United States in any bid protest actions seeking injunctive relief. The above-described commitments have not permitted undersigned counsel sufficient time to prepare defendant's responsive pleading.

Accordingly, the Government respectfully requests the Court to grant this unopposed motion to enlarge the deadline for defendant's responsive pleading to plaintiffs' complaint by 30 days, to and including April 26, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

March 23, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 23, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger