IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BAREFOOT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-65C |
| | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 30 days, to and including May 26, 2006, within which to file its responsive pleading to plaintiffs' complaint. The current deadline for defendant's responsive pleading is April 26, 2006. This is defendant's second motion for this purpose.[1] Counsel for defendant has attempted, without success, to contact counsel for plaintiffs regarding this motion and is, therefore, unable to state whether plaintiffs oppose this motion.

This motion is necessary because of unanticipated delays experienced by undersigned counsel in completing defendant's responsive pleading as the result of the following commitments in other cases: (1) preparation for, and conduct of, a two-day settlement conference in Columbia Mfg. v. United States, (Fed. Cl.) (No. 02-1221) held on April 18 and 19, 2006; (2) preparation for, and participation in, a settlement conference with the Court in SPW Engineering v. United States, (Fed. Cl.) (No. 04-794) held on April 24, 2006; (3) preparation of a cross-motion for summary judgment in Bair v. United States, (Fed. Cl.) (No. 04-1689) due April 27, 2006; (4) preparation of a responsive pleading and reply brief in Dalles Irrigation

[1] Defendant's first motion was unopposed and requested an enlargement of 30 days.

District v. United States, (Fed. Cl.) (No. 05-1042) due May 1, 2006; (5) preparation of a status report and class action discovery plan in Filosa, et al. v. United States, (Fed. Cl.) (No. 04-710) due May 1, 2006; (6) preparation of a reply to Rule 60 motion in Doe v. United States, (Fed. Cl.) (No. 04-90) due May 1, 2006; and (7) preparation of an informal brief due April 28, 2006 in Swindell v. Department of Veterans Affairs, (Fed. Cir. ) (No. 06-7142).

The above-described commitments have not permitted undersigned counsel sufficient time to prepare defendant's responsive pleading by the current deadline. Thus, the Government respectfully requests the Court to grant this motion to enlarge the deadline for defendant's responsive pleading to plaintiffs' complaint by 30 days, to and including May 26, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

April 25, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 25, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger