# In the United States Court of Federal Claims

**No. 06-65C**
**(Filed: April 28, 2006)**

* * * * * * * * * * * * * * * * * *
*
**EDITH BAREFOOT, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER ON MOTION

Defendant's motion, filed April 25, 2006, for an enlargement of time within which to file its response to plaintiff's complaint is **GRANTED**. Accordingly, defendant shall file its response by **Friday, May 26, 2006**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller