IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BAREFOOT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-65C |
| | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims "(RCFC") defendant, the United States, respectfully requests an enlargement of time of 14 days, to and including June 9, 2006, within which to file its responsive pleading to plaintiffs' complaint. The current deadline for our responsive pleading is May 26, 2006. This is our third motion for this purpose.[1] Undersigned counsel has contacted counsel for plaintiffs regarding this motion and is authorized to state that plaintiffs do not oppose this motion.

This motion is necessary because of continued delays experienced by undersigned counsel in completing defendant's responsive pleading as the result of the following commitments in other cases: (1) preparation of a cross-motion for summary judgment in Bair v. United States, (Fed. Cl.) (No. 04-1689) filed April 27, 2006; (2) preparation of a reply brief involving a motion to dismiss in Dalles Irrigation District v. United States, (Fed. Cl.) (No. 05-1042) filed May 1, 2006 with oral argument upon the motion on May 9, 2006; (3) preparation of a reply to a RCFC 60 motion in Doe v. United States, (Fed. Cl.) (No. 04-90) filed May 22, 2006; (4) preparation of an informal brief due May 26, 2006 in Swindell v.

[1] Defendant's first and second motions were unopposed and each requested an enlargement of 30 days.

Department of Veterans Affairs, (Fed. Cir. ) (No. 06-7142); (5) preparation of a status report and class action discovery plan in Filosa, et al. v. United States, (Fed. Cl.) (No. 04-710) due May 31, 2006; and (6) continuation of settlement negotiations in Columbia Mfg. v. United States, (Fed. Cl.) (No. 02-1221).

The above-described commitments have not permitted undersigned counsel sufficient time to prepare defendant's responsive pleading by the current deadline. In addition, we have begun to explore ways of resolving this case informally. Accordingly, we respectfully request the Court to grant this unopposed motion to enlarge the deadline for our responsive pleading to plaintiffs' complaint by 14 days, to and including June 9, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

May 25, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 25, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger