IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BAREFOOT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-65C |
| | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS

Defendant, the United States, respectfully requests the Court to stay all proceedings in this case, including our obligation to respond to the complaint, for a period of 60 days, to and including August 8, 2006.[1] The purpose of the requested stay is to allow the parties to enter into settlement discussions to resolve the claims raised in the complaint. Undersigned counsel has contacted counsel for plaintiffs regarding this motion and is authorized to state that plaintiffs do not oppose this motion.

Based upon a review of this case, the plaintiffs in this matter appear to be similarly situated to plaintiffs in other cases before the Court, some of which already have been resolved by informal settlement. Defendant believes it would be in the interest of the parties and of judicial economy to stay this case so that the parties can devote their time and resources to discussions designed to resolve this lawsuit.

Accordingly, we respectfully request the Court to grant our motion to stay this case for 60 days, to and including August 8, 2006.

---

[1] The current deadline for our response to the complaint is June 9, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

June 9, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 9, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger