# In the United States Court of Federal Claims

**No. 06-65C**
**(Filed: June 12, 2006)**

* * * * * * * * * * * * * * * * *
*
**EDITH BAREFOOT, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

Defendant's unopposed motion, filed June 9, 2006, requesting that the above-captioned case be stayed for 60 days in order to allow the parties to enter into settlement discussions is **GRANTED**. Accordingly, the case is **STAYED** and the parties will file a joint status report by **Tuesday, August 8, 2006** indicating the progress made towards a final resolution in this matter.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge