IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BAREFOOT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-65C |
| | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated June 12, 2006, the parties respectfully submit this Joint Status Report regarding the progress made toward informal resolution of the above-captioned case.

On July 28, 2006, the plaintiffs forwarded to defendant a proposed settlement agreement that would resolve this case in its entirety. Defendant has forwarded this offer to the appropriate agency personnel, who have commenced an immediate review.

Accordingly, the parties respectfully request the Court to continue the current stay of these proceedings for forty-five (45) days to allow the agency to complete its review and to permit the parties sufficient time to complete their discussions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, NW, suite 400
Washington, DC 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

August 7, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 7, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger