IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BAREFOOT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-65C |
| | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated August 10, 2006, the parties respectfully submit this Joint Status Report regarding the progress made toward informal resolution of the above-captioned case.

Federal Bureau of Prisons ("agency") personnel have reviewed the settlement terms proposed by plaintiffs and have proposed alternative language for some of those terms. In addition, agency personnel are in the process of completing their computations for the amounts that would be due plaintiffs pursuant to the proposed settlement. Additional time, however, will be required to complete these tasks, and to allow defendant to seek the requisite settlement authority from the designated representative of the Department of Justice. The parties remain optimistic that the case will be resolved.

Accordingly, the parties respectfully request the Court to continue the current stay of these proceedings to allow the parties sufficient time to complete

the above-described tasks. Plaintiffs request that the stay be extended for 15 days.

Defendant requests that the stay be extended for 30 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, NW, suite 400
Washington, DC 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

September 25, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 25, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger