# In the United States Court of Federal Claims

**No. 06-65C**
**(Filed: September 29, 2006)**

* * * * * * * * * * * * * * * * *
**EDITH BAREFOOT, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report indicating that they have made progress towards resolving the case. The parties request additional time to complete settlement and that the stay of proceedings continue while they continue to work towards a settlement. The defendant requests a 30-day enlargement of time while the plaintiff requests a 15-day of enlargement of time. After special consideration it is ordered as follows:

(1) The parties request to continue the stay of proceedings is **GRANTED**. Accordingly, the case is **STAYED**.

(2) The defendant's request for an 30-day enlargement of time is **GRANTED**. The parties will file a joint status report by **Wednesday, October 25, 2006** indicating the progress made towards a final resolution in this matter.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge