IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BAREFOOT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-65C |
| | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated September 29, 2006, the parties respectfully submit this Joint Status Report regarding the progress made toward informal resolution of the above-captioned case.

The agency involved in this case, the Bureau of Prisons, has issued a preliminary approval of the settlement terms proposed by plaintiffs. Undersigned counsel for defendant is in the process of seeking the requisite settlement authority from the designated representative of the Attorney General. However, additional time will be required to obtain the requisite settlement authority. Accordingly, defendant respectfully requests the Court to continue the current stay of these proceedings by an additional 30 days.

Plaintiffs' counsel advises that she is opposed to any further stay of proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, NW, suite 400
Washington, DC 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

October 25, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 25, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger