# In the United States Court of Federal Claims

**No. 06-65C**
**(Filed: November 2, 2006)**

* * * * * * * * * * * * * * * * * *

**EDITH BAREFOOT, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed October 25, 2006, indicating that they have made progress towards resolving the case. Defendant is in the process of seeking the requisite settlement authority from the designated representative of the Attorney General and requests an additional 30 days to complete the settlement. Plaintiff opposes a further stay of proceedings. After special consideration, the court orders as follows:

> The request to continue the stay of proceedings for 30 days is **GRANTED**. Accordingly, the case is **STAYED until Friday, December 1, 2006**. No further requests for enlargement of time shall be considered.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge