# In the United States Court of Federal Claims

**No. 06-65C**
**(Filed: December 13, 2006)**

* * * * * * * * * * * * * * * * * *
*
**EDITH BAREFOOT, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER**

The above-captioned case is stayed for 90 days. The parties shall file a joint status report or a joint stipulation for dismissal by **Friday, March 9, 2007.**

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge