IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BAREFOOT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-65C |
| | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims and paragraph 9 of the parties' November 14, 2006 settlement agreement, which incorporates the terms of the settlement agreement into this joint stipulation of dismissal, the parties jointly stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, NW, Suite 400
Washington, DC 20005
Tele: (202) 833-8855
Fax: (202) 452-1090

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director
Authorized Representative of the
Attorney General

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tele: (202) 353-7955
Fax: (202) 353-7988

March 8, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 8, 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Molly A. Elkin